1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DARREN GILBERT,                          Case No.  1:21-cv-01670-AWI-BAM

12              Plaintiff,                     **ORDER GRANTING STIPULATION TO
                                               CONTINUE FEBRUARY 22, 2022**
13         v.                                  **SCHEDULING CONFERENCE**

14   SAM F. NAGI dba WESTSIDE MARKET;          (Doc. 10)
     FADEL NAGI,
15
              Defendants.
16

17

18         Currently before the Court is the parties' stipulation to continue the February 22, 2022

19   Scheduling Conference thirty (30) days.  The parties request a continuance because they

20   reportedly are close to settlement and do not want to incur unnecessary attorneys' fees preparing

21   for the conference.  (Doc. 10.)

22         Having considered the parties' stipulation, and in the interests of judicial and party

23   economy, the request to continue the Scheduling Conference is GRANTED.  The Scheduling

24   Conference currently set for 2/22/2022 is continued to **March 30, 2022, at 9:00 AM in**

25   **Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a

26   Joint Scheduling Report one full week prior to the conference.  The parties shall appear at the

27   conference remotely with each party connecting either via Zoom video conference or Zoom

28
                                              1

telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.  If the parties file a notice of settlement prior to the conference, then the conference will be vacated.

IT IS SO ORDERED.

   Dated:   **February 15, 2022**          /s/ *Barbara A. McAuliffe*  
                                           UNITED STATES MAGISTRATE JUDGE